# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| HEATHER COWMAN, | : | |
| Plaintiff, | : | Case No. 2:22-cv-00141-EAS-CMV |
| | : | |
| v. | : | JUDGE SARGUS |
| | : | |
| NEW SABINA INDUSTRIES, INC., | : | MAGISTRATE JUDGE VASCURA |
| Defendant. | | |

## ORDER

The matter before the Court is Defendant New Sabina Industries, Inc. and Plaintiff Heather Cowman's Joint Motion to Stay (ECF No. 13), filed on May 5, 2022. Upon review of the Motion and authorities cited therein, the Court finds that there is good cause to grant the Motion to Stay pending the outcome of the appeal in the matter of *Holder, et al. v. A&L Home Care and Training Center, LLC, et al.*, currently pending before the United States Court of Appeals for the Sixth Circuit at Case Nos. 21-0305 and 21-0306. The Court further finds, as the parties request, that the statute of limitations for Plaintiff's claims shall be tolled for the duration of the stay.

Therefore, this Court **GRANTS** the Joint Motion to Stay (ECF No. 13), **ADMINISTRATIVELY CLOSES** this case pending the outcome of the Sixth Circuit's decision in *Holder*, and **TOLLS** the statute of limitations on Plaintiff's claims. The parties are **DIRECTED** to file on this docket a Notice when *Holder* has been decided and the Court shall **RESTORE** this case to the active docket.

IT IS SO ORDERED.

s/Edmund A. Sargus, Jr. 5/9/2022
**EDMUND A. SARGUS**
**UNITED STATES DISTRICT JUDGE**