# UNITED STATES DISRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**HEATHER COWMAN,**

    **Plaintiff,**

    v.

                                Case No.: 2:22-cv-141
                                JUDGE EDMUND A. SARGUS, JR.
                                Magistrate Judge Chelsey M. Vascura

**NEW SABINA INDUSTRIES, INC.,**

    **Defendant.**

## ORDER

    This Court previously considered and granted the parties' request to stay this case pending the outcome of the appeal in the matter of *Holder, et al. v. A&L Home Care and Training Center, LLC, et al.*, which was pending before the United States Court of Appeals for the Sixth Circuit.  That case has been decided.  Therefore, the stay in this case is hereby **LIFTED** and the case is restored to this Court's active docket.  The parties are **ORDERED** to file a revised Rule 26(f) report within fourteen days of the date of this Order, which will prompt the Court to set a scheduling conference, if necessary.

    **IT IS SO ORDERED.**


**6/13/2023**                                              **s/Edmund A. Sargus, Jr.**
**DATE**                                                 **EDMUND A. SARGUS, JR.**
                                                           **UNITED STATES DISTRICT JUDGE**