AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

HEATHER COWMAN, on behalf of herself and all others similarly situated,
*Plaintiff*
v.
NEW SABINA INDUSTRIES, INC.,
*Defendant*

)
)
)
)
)
)

Civil Action No. 2:22-cv-141

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:   Pursuant to the Order filed 11/17/2025 the Court approves of the Fair Labor Standards Act Settlement and Dismissal.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date:   11/17/2025

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*